UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-20108-TGB |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND REPORTING DATE |
| RANDALL HUGHES, | |
| Defendant. | |

The motion to extend reporting date is GRANTED. Defendant Hughes shall surrender as instructed by the United States Marshal or the U.S. Bureau of Prisons on a date after August 19, 2022. No further extensions will be granted.

DATED this 12th day of April, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge